Rigney Company, Appellee, v. John Dillon and Company, and John P. Dillon, Appellants.

Gen. No. 45,328.

Loesch, Scofield & Burke, for appellants; Edward J. Hess, for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed November 27, 1951; released for publication January 3, 1952.